

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00022-CV

**IN RE** Cynthia Cadwallader **OCHSE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: May 22, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

In this original proceeding, relator filed a petition for writ of mandamus and the real parties in interest responded. After considering the petition, the responses, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CI-05727, styled *William W. Ochse, IV, et al. v. William W. Ochse, III, Individually and As Trustee of the William W. Ochse, III Family 2008 Trust*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Monique Diaz signed the order at issue in this proceeding.